EXHIBIT  C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,316,461**

**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

**Reg. No. 4,316,461**   PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,246,893 AND 4,007,064.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 85-689,987, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,007,064**

**Registered Aug. 2, 2011**

**Int. Cls.: 12, 16, 21, 25, 28, 29, 30, 31, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: ANTENNA TOPPERS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,007,064** NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAGNETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NO. 3,246,893.

THE COLOR(S) BROWN, WHITE, RED, YELLOW, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE HEAD OF A BROWN AND WHITE BEAVER WITH A RED TONGUE, BLACK NOSE, WHITE TEETH, AND BLACK EYES WEARING A RED BASEBALL CAP WITH A BROWN, BLACK, AND WHITE EAR SHOWING THROUGH THE SIDE OF IT. THE BEAVER DESIGN IS WITHIN A YELLOW CIRCLE THAT IS OUTLINED IN BLACK.

SN 77-982,024, FILED 10-15-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,419,559**

**Registered Jun. 18, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 35: Retail store services featuring convenience store items and gasoline

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

SER. NO. 98-018,660, FILED 05-30-2023



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 3,246,893

Registered May 29, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BUC-EE'S, LTD. (TEXAS LIMITED PARTNER-
SHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING
CONVENIENCE STORE ITEMS AND GASOLINE, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE COLOR(S) YELLOW, RED, BROWN, BLACK
AND WHITE IS/ARE CLAIMED AS A FEATURE OF
THE MARK.

THE MARK CONSISTS OF A BROWN AND
WHITE BEAVER HEAD WEARING A RED BASE-
BALL CAP WITHIN A YELLOW CIRCLE ALL OUT-
LINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,973,185**

**Registered June 7, 2016**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

OWNER OF U.S. REG. NOS. 3,246,893, 4,007,064, AND 4,316,461.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 86-797,881, FILED 10-23-2015.

KERI CANTONE, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# The State of Texas

## Secretary of State

### CERTIFICATE OF TRADEMARK REGISTRATION

I, **MYRA MCDANIEL,** Secretary of State of the State of Texas hereby certify:

That the attached is the duplicate **APPLICATION FOR REGISTRATION,** filed in the Office of the Secretary of State on the date noted below under Registration Number 45055 in accordance with the provisions of **CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE.**

Dated  06-28-85



Secretary of State

STATE OF TEXAS

APPLICATION FOR REGISTRATION OF TRADEMARK OR SERVICE MARK

45053

FILED

BE IT KNOWN that applicant has heretofore adopted and used and is now using a certain mark of the in TEXAS and hereby makes application for registration of such mark. Secretary of State of Texas

1.   Applicant: __Arch H. Aplin, III__                                    JUN 28 1985

2.   Address of applicant is   Street __899 Oyster Creek Drive__   _Sue C. Smith_
     City __Lake Jackson__        Zip __77566__   State __Texas__

3.   If applicant is a corporation, show where incorporated: _____

4.   Describe the mark (words and/or design): __BUC-EE'S (word)__
     _____
     _____
     _____
     _____

5.   Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
     __convenience store services__
     _____

6.   The mode or manner in which the mark is now being used and one (1) specimen as actually
     used is attached. (See instruction 2(a) on reverse side.) __On exterior signs__
     __and otherwise.__

7.   Number and title of the class of goods or services. Only one class per application.
     __Class 41 (Miscellaneous)__

8.   Date mark first used by applicant (put date in BOTH spaces):
     (a) Anywhere __at least as early as__ (b) In Texas __at least as early as__
     __July 28, 1982__                        __July 28, 1982__

9.   Applicant does hereby appoint the Secretary of State of Texas as its agent for service of
     process in any action relating only to the registration which may be issued, if the applicant
     be, or shall become, a nonresident individual partnership or association, or foreign
     corporation not licensed to do business in this state, or cannot be found in this state.

10.  Applicant believes himself to be the owner of the mark and no other person to the best of
     his knowledge and belief, has the right in this state to use such mark either in the identical
     form thereof, or in such near resemblance to cause confusion, or to cause mistake or to
     deceive.

                                        Arch H. Aplin, III
                                        _____
                                        (Name of Applicant)

State of ___TEXAS___
County of ___BRAZORIA___               _Arch H. Aplin III_
                                        _____
                                        (Signature of Applicant, and if applicable
                                        state title of office or partner.)

___Arch H. Aplin, III___ , personally appeared before me, and being
first duly sworn declared that, he signed this application in the capacity designated, if any and
further states that, he has read the above application, and the statements therein contained are
true.

Subscribed and sworn to before me this __12th__ day of __April__ , 19__85__.

                                        _Susan J. Standard_
                                        _____
                                        Notary Public Signature
                                        SUSAN J. STANDARD
                                        Notary Public, State of Texas
                                        My Commission Expires 1-27-89

                                        _____
                                        Printed Name

**TRADEMARK DRAWING SHEET**

**Applicant:** Arch H. Aplin, III

**Address:** 899 Oyster Creek Drive,
Lake Jackson, Texas 77566

**First Use:** Anywhere _7/28/82_ Texas _7/28/82_

**Goods/Services:** Convenience Store Services

OFFICE USE ONLY

Registration No.

Registered:

Class No.:

Mark:

Disclaimer:

BUC-EE'S

SPECIMEN ATTACHMENT



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Case 4:26-cv-01268    Document 1-3    Filed 02/17/26 in TXSD    Page 18 of 17

Ruth R. Hughs
Secretary of State

## Office of the Secretary of State

### CERTIFICATE OF RENEWAL OF REGISTRATION
### OF

#### BUC-EE'S

In accordance with the provisions of Chapter 16, Texas Business and Commerce Code, the attached Application for Renewal has been filed in the Office of the Secretary of State on the date noted below to renew the registration for an additional 5 year term. The current term of registration will expire on the date shown below.

Registration Number: 4505517
Original Date of Filing: June 28, 1985
Expiration Date: June 28, 2025
Dated: January 21, 2020



Ruth R. Hughs
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: Dianne Gattuso

Fax: (512) 463-5709
TID: 10271

Dial: 7-1-1 for Relay Services
Document #: 943037720002

| Form 902 (Revised 09/13)<br><br>Submit to:<br>Secretary of State<br>PO Box 13697<br>Austin, TX 78711-3697<br>512 463-9760<br>FAX: 512 463-5709<br>Fee: $25 per class | <br><br>**Renewal Application of a<br>Trade or Service Mark** | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>Secretary of State of Texas<br><br>**JAN 2 1 2020**<br><br>**Corporations Section** |

**1. Name of Registrant** (owner of mark–individual, corporation, or other entity renewing registration):

Buc-ee's, Ltd.

**2. Business Address of Registrant:**

327 FM 2004

| City:<br>Lake Jackson | State:<br>TX | Zip Code:<br>77566 | Country:<br>USA |

**3. Description of the Mark** (include *complete description of the mark* as it appears in the attached specimen of use, including any design elements):

BUC-EE'S (word)

| Registration No: 4505517 | Original Date of Registration: June 28, 1985 |
| Class Numbers: 41 | Date of First Use Anywhere: July 28, 1982 |

Date of First Use in Texas: July 28, 1982

**4. Business Structure of Registrant** (must check one and complete state of formation)

☐ Corporation  
   (State of Incorporation): _____

☐ Limited Liability Company  
   (State of Organization): _____

☑ Limited Partnership  
   (State of Organization): TX

☐ General Partnership  
   (State of Organization): _____

☐ Sole Proprietor

☐ Other  
   (Describe): _____

**5. Names of General Partners if Registrant is a Partnership** (attach additional sheet if necessary)

Buc-ee's Management, LLC

**6. The Following Must Be Included With Your Renewal:**  ☑ Specimen(s) ☑ Fee
(see item 7)  ($25 per class)

**7. Specimens:** (Check the applicable box below and enclose one (1) original specimen for each class supporting the goods/services for which the renewal of registration is sought).

RECEIVED

JAN 2 1 2020

Secretary of State

| For Trademarks Only | For Service Marks Only |
|---|---|
| ☐ Actual Labels | ☐ Advertising Leaflets |
| ☐ Actual Tags | ☐ Advertising Brochures |
| ☐ Photographs of Goods/Containers Showing the Mark | |
| ☐ Front Panels of a Paper Container Bearing the Mark | ☐ Menus Showing the Mark |
| ☐ Other: _____ | ☐ Business Cards that Reference Services |
| | ☑ Other: Photographs of store |

The mark has been and is still in use within the State of Texas by the registrant in the form and manner specified in the present application. I certify under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

**Signature and Verification**

1/14/2020
Date

_Trent Menning, Senior Counsel_

Signature of Authorized Person

Type or Print Name and Title of Officer, Partner, or Other Authorized Person

**TO BE COMPLETED BY A NOTARY PUBLIC:**

STATE OF _Texas_ )
COUNTY OF _Brazoria_ )

On _1/14/2020_, _Trent Menning_ personally appeared before me, and being first duly sworn declared that he/she signed this application in the capacity designated, if any, and further stated that he/she has read the above application and the statements therein are true and correct.

CHRISTIAN ARAGON-MARTINEZ
Notary Public, State of Texas
Comm. Expires 05-09-2022
Notary ID 131561013

NOTARY PUBLIC SIGNATURE

Form 902                                        4



