EXHIBIT  D

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98091709 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98091709/large |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (current)** | |
| **NAME** | Par Hawaii, LLC |
| **MAILING ADDRESS** | 825 Town & Country Lane, Suite 1500 |
| **CITY** | Houston |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77024 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Par Hawaii, LLC |
| **MAILING ADDRESS** | 825 Town & Country Lane, Suite 1500 |
| **CITY** | Houston |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77024 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jonathan Pierce |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TMMail@porterhedges.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | bgray@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com |
| **DOCKET/REFERENCE NUMBER** | 012549-0102 |
| **CORRESPONDENCE INFORMATION (proposed)** | |

| NAME | Jonathan Pierce |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TMMail@porterhedges.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mforrest@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com |
| **DOCKET/REFERENCE NUMBER** | 012549-0102 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Retail store services featuring convenience store items and gasoline; Retail store services featuring convenience store items |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 01/15/2022 |
| **FIRST USE IN COMMERCE DATE** | 01/15/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5 \SOU0002.JPG |
| **ORIGINAL PDF FILE** | SPN0-2065310155-202410301 53547182349_._2024-09-23_ Specimen_of_Use_012549-01 02___0103.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\917\98091709\xml5\SOU0008.JPG |
| **SPECIMEN DESCRIPTION** | advertising showing the mark used with the sale of convenience store items and gasoline |
| **WEBPAGE URL** | https://www.nomnomstore.com/nomgoosepromotions |
| **WEBPAGE DATE OF ACCESS** | 09/23/2024 |
| **REQUEST TO DIVIDE** | NO |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Allison Childs/ |
| **SIGNATORY'S NAME** | Allison Childs |

| SIGNATORY'S POSITION | Vice President, Assistant Secretary of Par Hawaii, LLC |
|---|---|
| DATE SIGNED | 10/31/2024 |
| SIGNATORY'S PHONE NUMBER | 713-226-6000 |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Oct 31 14:50:10 ET 2024 |
| TEAS STAMP | USPTO/SOU-XXX.XX.XX.XXX-2<br>0241031145010998995-98091<br>709-850586adb2df54e2a7906<br>dca39fe42bb356e1a7f748b8b<br>7f3036d9976f332e5bbe-DA-5<br>0106012-20241031091131821<br>414 |

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:**  (Stylized and/or with Design, see mark)
**SERIAL NUMBER:** 98091709

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Par Hawaii, LLC, having an address of
    825 Town & Country Lane, Suite 1500
    Houston, Texas 77024
    United States
    Email: XXXX
**Proposed:** Par Hawaii, LLC, having an address of
    825 Town & Country Lane, Suite 1500
    Houston, Texas 77024
    United States
    Phone:
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 035:
Current identification: Retail store services featuring convenience store items and gasoline; Retail store services featuring convenience store items

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/15/2022, and first used in commerce at least as early as 01/15/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) advertising showing the mark used with the sale of convenience store items and gasoline.

**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN0-2065310155-202410301 53547182349 _._ 2024-09-23_ Specimen_of_Use_012549-01 02___0103.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: https://www.nomnomstore.com/nomgoosepromotions
Webpage Date of Access: 09/23/2024

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current)**

Jonathan Pierce
PRIMARY EMAIL FOR CORRESPONDENCE: TMMail@porterhedges.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): bgray@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com

The docket/reference number is 012549-0102.

**Correspondence Information (proposed)**
Jonathan Pierce
PRIMARY EMAIL FOR CORRESPONDENCE: TMMail@porterhedges.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mforrest@parpacific.com; jhollis@parpacific.com;
AChilds@parpacific.com

The docket/reference number is 012549-0102.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

<b>Declaration</b>

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Allison Childs/    Date Signed: 10/31/2024
Signatory's Name: Allison Childs
Signatory's Position: Vice President, Assistant Secretary of Par Hawaii, LLC
Signatory's Phone: 713-226-6000
Signature method: Sent to third party for signature

PAYMENT: 98091709
PAYMENT DATE: 10/31/2024

Serial Number: 98091709
Internet Transmission Date: Thu Oct 31 14:50:10 ET 2024
TEAS Stamp: USPTO/SOU-XXX.XX.XX.XXX-2024103114501099

8995-98091709-850586adb2df54e2a7906dca39
fe42bb356e1a7f748b8b7f3036d9976f332e5bbe
-DA-50106012-20241031091131821414

nomnom

App + Rewards    Locations    FAQs    Life in the snack lane



# Save 15¢ per gallon every day.

**Download the nomnom app today!**

## Meet the nomgoose

Meet nomnom's beloved mascot, the nomgoose.

He's a nomgoose that represents all things snacks that's absolutely obsessed with bringing as many people together to share his love for both nomnom and snacks. He puts a face on to the nomnom brand and can speak to, relate with, and engage with the everyday customer whether he's promoting upcoming offers or showing up at live events.

## nomnom Rewards Member exclusive offers






Sour Punch Bites 5oz Variety
Buy 1 Save 50¢

V8 11.5oz - 16oz Variety
Buy 1 Get 1 Free

Sparkling Ice Caffeine
Buy 2 Save $1

Assorted Chips 2.2oz - 9oz
Buy 2 Save $1



## Reward your cravings.

Love free snacks and saving on gas? Is that even a question?

HERE'S HOW TO EARN REWARDS:

1. Download the nomnom app

2. Earn 5 points for every one gallon of gas

3. Earn 5 points for $1 spent in-store

As your points pile up, so do the rewards

## Got questions? We've got answers.

What can I do with my points?    +

How do I earn points?    +

The point total does not look correct. Why not?    +

I did not get a discount during my purchase? What now?    +

I did not receive my points. What now?    +

The fuel dispenser display does not accept my loyalty number. What now?    +

I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done?    +

I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come?    +

The fuel dispenser display did not prompt my loyalty number. What now?    +

What is my loyalty ID?    +

How do I check my point balance?    +

How do I use my points?    +

How do I earn points?    +



**App + Rewards  Locations  FAQs**

**Life in the snack lane**

# Save 15¢ per gallon every day.

**Download the nomnom app today!**

 App + Rewards  Locations  FAQs

**Life in the snack lane**

Meet nomnom's beloved mascot, the nomgoose.

He's a mongoose that represents all things snacks that is absolutely obsessed with bringing as many people together to share his love for both nomnom and snacks. He puts a face on to the nomnom brand and can speak to, relate with, and engage with the everyday customer whether he's promoting upcoming offers or showing up at live events.

## nomnom Rewards Member exclusive offers



**Sour Punch Bites 5oz Variety**
**Buy 1 Save 50¢**





# nomnom

App + Rewards   Locations   FAQs

Life in the snack lane

**V8 11.5oz - 16oz Variety
Buy 1 Get 1 Free**



**Sparkling Ice Caffeine
Buy 2 Save $1**





App + Rewards  Locations  FAQs

Life in the snack lane



## Reward your cravings.

Love free snacks and saving on gas? Is that even a question?

HERE'S HOW TO EARN REWARDS:

1. Download the nomnom app

2. Earn 5 points for every one gallon of gas

3. Earn 5 points for $1 spent in-store

As your points pile up, so do the rewards!

## Got questions? We've got answers.



App + Rewards   Locations   FAQs

Life in the snack lane

**How do I earn points?**                                                                        ✛

**The point total does not look correct. Why not?**                                              ✛

**I did not get a discount during my purchase? What now?**                                        ✛

**I did not receive my points. What now?**                                                       ✛

**The fuel dispenser display does not accept my loyalty number. What now?**                       ✛

**I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done?**   ✛

**I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come?**     ✛

**The fuel dispenser display did not prompt my loyalty number. What now?**                        ✛

**What is my loyalty ID?**                                                                       ✛

**How do I check my point balance?**                                                             ✛

**How do I use my points?**                                                                      ✛

9/23/24, 9:33 AM                                    NomGoosePromotions — nomnom



App + Rewards   Locations   FAQs   f  ⓘ  ♪

Life in the snack lane

Apps + Rewards

Careers

Store Locator

Sweepstakes

Privacy Policy

Terms + Conditions

Instagram

Facebook

TikTok

nomnomrewards Customer Support

1 (888) 777-4808 support@nomnomrewards.com

**Life in the snack lane**

RAM SALE NUMBER:  98091709
RAM ACCOUNTING DATE:  20241031

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2024/10/31                                                     98/091709

| Description | Fee Code | Transaction Date | Total Fees Paid |
|---|---|---|---|
| SOU | 7003 | 2024/10/31 | 100 |

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98092199 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98092199/large |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (current)** | |
| **NAME** | Par Hawaii, LLC |
| **MAILING ADDRESS** | 825 Town & Country Lane, Suite 1500 |
| **CITY** | Houston |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77024 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Par Hawaii, LLC |
| **MAILING ADDRESS** | 825 Town & Country Lane, Suite 1500 |
| **CITY** | Houston |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77024 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jonathan Pierce |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TMMail@porterhedges.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | bgray@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jonathan Pierce |

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | TMMail@porterhedges.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mforrest@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com |
| **DOCKET/REFERENCE NUMBER** | 012549-0103 |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Retail store services featuring convenience store items and gasoline; Retail store services featuring convenience store items |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 01/15/2022 |
| **FIRST USE IN COMMERCE DATE** | 01/15/2022 |
| **SPECIMEN FILE NAME(S)** | |
|     **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5 \SOU0002.JPG |
|     **ORIGINAL PDF FILE** | SPN0-2065310155-202410301 65733312091_._2024-09-23_Specimen_of_Use_012549-01 02___0103.pdf |
|     **CONVERTED PDF FILE(S)**<br>    (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\980\921\98092199\xml5\SOU0008.JPG |
| **SPECIMEN DESCRIPTION** | advertisement showing the mark used with the sale of convenience store items and gasoline |
| **WEBPAGE URL** | https://www.nomnomstore.com/nomgoosepromotions |
| **WEBPAGE DATE OF ACCESS** | 09/23/2024 |
| **REQUEST TO DIVIDE** | NO |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Allison Childs/ |
| **SIGNATORY'S NAME** | Allison Childs |
| **SIGNATORY'S POSITION** | Vice President, Assistant Secretary of Par Hawaii, LLC |

| DATE SIGNED | 10/31/2024 |
|---|---|
| SIGNATORY'S PHONE NUMBER | 713-226-6000 |
| SIGNATURE METHOD | Sent to third party for signature |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Oct 31 14:59:15 ET 2024 |
| TEAS STAMP | USPTO/SOU-XXX.XX.XX.XXX-2<br>0241031145916185416-98092<br>199-850363895e6d4258df458<br>b1d88568d67b2883c19e1b5eb<br>d6cee5387c596667f6f-DA-59<br>156156-202410301657333120<br>91 |

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:**  (Stylized and/or with Design, see mark)
**SERIAL NUMBER:** 98092199


**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Par Hawaii, LLC, having an address of
    825 Town & Country Lane, Suite 1500
    Houston, Texas 77024
    United States
    Email: XXXX
**Proposed:** Par Hawaii, LLC, having an address of
    825 Town & Country Lane, Suite 1500
    Houston, Texas 77024
    United States
    Phone:
    Email: XXXX


The owner is submitting the following allegation of use information:

For International Class 035:
Current identification: Retail store services featuring convenience store items and gasoline; Retail store services featuring convenience store items

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 01/15/2022, and first used in commerce at least as early as 01/15/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) advertisement showing the mark used with the sale of convenience store items and gasoline.

**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN0-2065310155-202410301 65733312091_._2024-09-23_ Specimen_of_Use_012549-01 02___0103.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6


Webpage URL: https://www.nomnomstore.com/nomgoosepromotions
Webpage Date of Access: 09/23/2024

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current)**

Jonathan Pierce
PRIMARY EMAIL FOR CORRESPONDENCE: TMMail@porterhedges.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): bgray@parpacific.com; jhollis@parpacific.com; AChilds@parpacific.com

**Correspondence Information (proposed)**
Jonathan Pierce
PRIMARY EMAIL FOR CORRESPONDENCE: TMMail@porterhedges.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mforrest@parpacific.com; jhollis@parpacific.com;
AChilds@parpacific.com

The docket/reference number is 012549-0103.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

<b>Declaration</b>

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Allison Childs/     Date Signed: 10/31/2024
Signatory's Name: Allison Childs
Signatory's Position: Vice President, Assistant Secretary of Par Hawaii, LLC
Signatory's Phone: 713-226-6000
Signature method: Sent to third party for signature

PAYMENT: 98092199
PAYMENT DATE: 10/31/2024

Serial Number: 98092199
Internet Transmission Date: Thu Oct 31 14:59:15 ET 2024
TEAS Stamp: USPTO/SOU-XXX.XX.XX.XXX-2024103114591618
5416-98092199-850363895e6d4258df458b1d88
568d67b2883c19e1b5ebd6cee5387c596667f6f-

DA-59156156-20241030165733312091

nomnom

App • Rewards     Locations     FAQs     Life in the snack lane     f   o   d



## Save 15¢ per gallon every day.

Download the nomnom app today!

Google Play     App Store

## Meet the nomgoose

Meet nomnom's beloved mascot, the nomgoose.

He's a nomgoose that represents all things snacks that's absolutely obsessed with bringing as many people together to share his love for both nomnom and snacks. He puts a face on to the nomnom brand and can speak to, relate with, and engage with the everyday customer whether he's promoting upcoming offers or showing up at live events.

## nomnom Rewards Member exclusive offers






Sour Punch Bites 5oz Variety
Buy 1 Save 50¢

V8 11.5oz - 16oz Variety
Buy 1 Get 1 Free

Sparkling Ice Caffeine
Buy 2 Save $1

Assorted Chips 2.2oz - 9oz
Buy 2 Save $1



## Reward your cravings.

Love free snacks and saving on gas? Is that even a question?

HERE'S HOW TO EARN REWARDS:

1. Download the nomnom app
2. Earn 5 points for every one gallon of gas
3. Earn 5 points for $1 spent in-store

As your points pile up, so do the rewards

Google Play     App Store

## Got questions? We've got answers.

What can I do with my points?                                                                    +

How do I earn points?                                                                            +

The point total does not look correct. Why not?                                                  +

I did not get a discount during my purchase? What now?                                           +

I did not receive my points. What now?                                                           +

The fuel dispenser display does not accept my loyalty number. What now?                          +

I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done?   +

I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come?     +

The fuel dispenser display did not prompt my loyalty number. What now?                           +

What is my loyalty ID?                                                                           +

How do I check my point balance?                                                                 +

How do I use my points?                                                                          +

How do I earn points?                                                                            +

Apps • Rewards     Privacy Policy     Instagram     nomnomrewards Customer Support     Life in the snack lane     nomnom
Careers            Terms • Conditions   Facebook    1 (888) 777-4808
Store Locator                           TikTok       support@nomnomrewards.com
Sweepstakes



App + Rewards   Locations   FAQs

Life in the snack lane

## Save 15¢ per gallon every day.

Download the nomnom app today!



App + Rewards  Locations  FAQs

**Life in the snack lane**

Meet nomnom's beloved mascot, the nomgoose.

He's a mongoose that represents all things snacks that is absolutely obsessed with bringing as many people together to share his love for both nomnom and snacks. He puts a face on to the nomnom brand and can speak to, relate with, and engage with the everyday customer whether he's promoting upcoming offers or showing up at live events.



## nomnom Rewards Member exclusive offers



Sour Punch Bites 5oz Variety
Buy 1 Save 50¢



9/23/24, 9:33 AM                                              NomGoosePromotions — nomnom



App + Rewards  Locations  FAQs

Life in the snack lane

**V8 11.5oz - 16oz Variety
Buy 1 Get 1 Free**



**Sparkling Ice Caffeine
Buy 2 Save $1**



9/23/24, 9:33 AM                                NomGoosePromotions — nomnom

        **App + Rewards  Locations  FAQs**

                                                    **Life in the snack lane**



## Got questions? We've got answers.



App + Rewards  Locations  FAQs

Life in the snack lane

How do I earn points?                                                              +

The point total does not look correct. Why not?                                    +

I did not get a discount during my purchase? What now?                             +

I did not receive my points. What now?                                            +

The fuel dispenser display does not accept my loyalty number. What now?            +

I did not enter in my loyalty number when purchasing. Can I add my loyalty
number after the transaction is done?                                             +

I did not get loyalty points for my cigarette purchases – in addition to other
restricted purchases. How come?                                                   +

The fuel dispenser display did not prompt my loyalty number. What now?             +

What is my loyalty ID?                                                             +

How do I check my point balance?                                                   +

How do I use my points?                                                            +

9/23/24, 9:33 AM                                    NomGoosePromotions — nomnom



App + Rewards   Locations   FAQs

Life in the snack lane



Apps + Rewards

Careers

Store Locator

Sweepstakes

Privacy Policy

Terms + Conditions

Instagram

Facebook

TikTok

nomnomrewards Customer Support

1 (888) 777-4808 support@nomnomrewards.com

**Life in the snack lane**

RAM SALE NUMBER:  98092199
RAM ACCOUNTING DATE:  20241031


INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2024/10/31                                                      98/092199


| Description | Fee Code | Transaction Date | Total Fees Paid |
|---|---|---|---|
| SOU | 7003 | 2024/10/31 | 100 |