# EXHIBIT E

Page 1
nomnom
https://web.archive.org/web/20240425102954/https://www.nomnomstore.com/









### nomnom Rewards Member exclusive offers



| Ac+ion 1L | Gushers Any Variety | Saratoga Sparkling or Still | Sparkling Ice 12oz - 16oz |
| Buy 1 save $1 | Buy 1 Save $1 | Buy 1 Get 1 Free | Buy 2 Save $1 |



Captured by FireShot Pro: 13 February 2026, 15:44:57
https://getfireshot.com

## You're closer than you think to life in the snack lane.

Find a store near you.

## Got questions? We've got answers.

What can I do with my points? +

How do I earn points? +

The point total does not look correct. Why not? +

I did not get a discount during my purchase? What now? +

I did not receive my points. What now? +

The fuel dispenser display does not accept my loyalty number. What now? +

I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done? +

I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come? +

The fuel dispenser display did not prompt my loyalty number. What now? +

What is my loyalty ID? +

How do I check my point balance? +

How do I use my points? +

How do I earn points? +

---

Apps + Rewards    Privacy Policy        Instagram    nomnomrewards Customer Support    Life in the snack lane        nom nom
Careers           Terms + Conditions    Facebook     1 (888) 777-4808
Store Locator                           TikTok       support@nomnomrewards.com

Page 1
nomnom
https://web.archive.org/web/20241117231929/https://www.nomnomstore.com/





 



Page 2
nomnom
https://web.archive.org/web/20241117231929/https://www.nomnomstore.com/



## You're closer than you think to life in the snack lane.

Find a store near you.

## Got questions? We've got answers.

| | |
|---|---|
| What can I do with my points? | + |
| How do I earn points? | + |
| The point total does not look correct. Why not? | + |
| I did not get a discount during my purchase? What now? | + |
| I did not receive my points. What now? | + |
| The fuel dispenser display does not accept my loyalty number. What now? | + |
| I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done? | + |
| I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come? | + |
| The fuel dispenser display did not prompt my loyalty number. What now? | + |

Captured by FireShot Pro: 13 February 2026, 15:47:45
https://getfireshot.com

Page 3
nomnom
https://web.archive.org/web/20241117231929/https://www.nomnomstore.com/

What is my loyalty ID?

How do I check my point balance?

How do I use my points?

How do I earn points?

Apps + Rewards  Privacy Policy  Instagram  nomnomrewards Customer Support  Life in the snack lane
Careers  Terms + Conditions  Facebook  1 (888) 777-4808
Store Locator  TikTok  support@nomnomrewards.com
Sweepstakes

nom nom

Captured by FireShot Pro: 13 February 2026, 15:47:45
https://getfireshot.com