# EXHIBIT F

Page 1
nomnom
https://www.nomnomstore.com/









# nomnom Rewards Member exclusive offers



Captured by FireShot Pro: 13 February 2026, 14:49:14
https://getfireshot.com

## You're closer than you think to life in the snack lane.

Find a store near you.



## Got questions? We've got answers.

What can I do with my points? +

How do I earn points? +

The point total does not look correct. Why not? +

I did not get a discount during my purchase? What now? +

I did not receive my points. What now? +

The fuel dispenser display does not accept my loyalty number. What now? +

I did not enter in my loyalty number when purchasing. Can I add my loyalty number after the transaction is done? +

I did not get loyalty points for my cigarette purchases – in addition to other restricted purchases. How come? +

The fuel dispenser display did not prompt my loyalty number. What now? +

What is my loyalty ID? +

How do I check my point balance? +

How do I use my points? +

How do I earn points? +

## Bike or binge-watch.

Page 3
nomnom
https://www.nomnomstore.com/

No matter what your summer plans are, grab fuel and snacks at your go-to pit stop.

Apps + Rewards     Privacy Policy        Instagram    nomnomrewards Customer Support        Life in the snack lane        nom nom
Careers            Terms + Conditions    Facebook     1 (888) 777-4808 support@nomnomrewards.com
Store Locator